

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00025-CR

## IN RE ROBERT ALLEN BYRD

_____

## Original Proceeding

## MEMORANDUM  OPINION

Robert Allen Byrd filed a petition for writ of mandamus regarding the correction of an offense attributed to Byrd listed on the "N.C.I.C." database.  There are procedural problems in this proceeding, but we use Rule 2 to look beyond those problems and deny the petition.  *See* TEX. R. APP. P. 2.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition denied
Opinion delivered and filed January 27, 2010
Do not publish
[OT06]